UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>OMAR JASON SPENCER,<br><br>    Defendant. | No. CR-09-00963-SBA<br><br>ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO JANUARY 12, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:  December 16, 2009<br>Time:  10:00 a.m.<br>Court: Hon. Saundra Brown Armstrong |

The parties jointly requested that the hearing in this matter be moved from December 16, 2009 to January 12, 2010, and that time be excluded under the Speedy Trial Act between those dates. The government produced discovery to counsel for defendant. Defendant requires additional time to review the discovery produced by the government, to investigate this matter, and to effectively prepare for the hearing taking into account the exercise of due diligence. Additionally, defense counsel is conducting research regarding a possible motion related to the Interstate Agreement on Detainers Act. The extension is not sought for delay. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the

1 | defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. §§
2 | 3161(h)(7)(A) and (B)(iv),
3 | **IT IS HEREBY ORDERED** that the hearing in this matter is moved from December 16,
4 | 2009 to January 12, 2010 at 9:00 a.m., and that time between December 16, 2009 and January
5 | 12, 2010 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel,
6 | taking into account the exercise of due diligence.

DATED:_12/16/09

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP. REQ. TO CONTINUE HEARING TO JANUARY 12, 2010 AND TO EXCLUDE TIME
No. CR-09-00963 SBA